**Howard Siddons, Appellee, v. Sam Covich, Appellant.**

Gen. No. 46,549.

First District, Third Division.
May 11, 1955.
Released for publication June 8, 1955.

Crowe, Yates, Abrahamson & Fisk, for appellant; Burt A. Crowe, of counsel; Philip H. Corboy, and James A. Zafiratos, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.